UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH MICHAEL DAVIS,

    Petitioner,

v.                                            Case No. 3:23cv6488-LC-HTC

WILLIAM POWELL,

    Respondent.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 13, 2023 (ECF No. 10) recommending dismissal of the case under *Younger v. Harris*, 401 U.S. 37 (1971).  Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 10) is adopted and incorporated by reference in this order.

2. The Petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. A certificate of appealability is DENIED.

4. The clerk shall close the file.

**DONE AND ORDERED** this 1st day of August, 2023.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**